AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

PAUL F. ELY,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

        CASE NUMBER: 3:10-CV-00550-LRH-RAM

UNITED STATES POSTAL SERVICE,

    Defendant.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment (#23) is **GRANTED**.

    **IT IS FURTHER ORDERED** that judgment is entered in favor of plaintiff Paul F. Ely and against defendant the United States Postal Service in the amount of $15.00. Plaintiff is also awarded his compensable costs in this action.

    January 27, 2012           **LANCE S. WILSON**
                                              Clerk

                                            /s/ D. R. Morgan
                                              Deputy Clerk